# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**JORGE EDUARDO RODRIGUEZ-TORRES**

**WARRANT FOR ARREST**

CASE NUMBER: **EP-08-CR-2819DB(1)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DAVID MARTIN MOLINAR**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [X] Supervised Release Violation Petition
charging him or her with (brief description of offense)

**VIOLATION OF CONDITIONS OF SUPERVISED RELEASE**

in violation of Title __18__ United States Code, Section(s) __3583__

William G. Putnicki
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ to be determined

Clerk, U.S. District Court
Title of Issuing Officer

May 9, 2011, El Paso, TX
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |